UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SANCHEZ,<br><br>              Petitioner,<br><br>     vs.<br><br>DERRAL G. ADAMS,<br><br>              Respondent.<br>_____ / | 1:09-cv-00014-TAG  (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **February 4, 2009**                                          **/s/ Theresa A. Goldner**
                                                                  UNITED STATES MAGISTRATE JUDGE